**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

| | | |
|---|---|---|
| **NATALIA RUIZ, Individually and On Behalf of All Others Similarly Situated,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **Case No. 6:26-cv-00062** |
| **v.** | § | |
| | § | |
| **CONVERGINT TECHNOLOGIES, LLC** | § | |
| | § | |
| **Defendant.** | § | |

## NOTICE OF APPEARANCE OF COUNSEL

Douglas B. Welmaker of Welmaker Law, PLLC enters his appearance as attorney-in-charge for Plaintiff Natalia Ruiz, individually and on behalf of all others similarly situated. Robert E. McKnight, Jr. of Marek, Griffin & Knaupp remains of counsel for Plaintiff.

Counsel asks the Clerk and all parties to serve him with copies of all notices, orders, pleadings, and other papers filed in this case at the address listed below.

Respectfully Submitted,

WELMAKER LAW, PLLC
505 E. Magrill
Longview, Texas 75601
Tel: (512) 799-2048

By: *<u>/s/ Douglas B. Welmaker</u>*
Douglas B. Welmaker
Texas State Bar No. 00788641
Southern District of Texas Bar No. 17038
doug@welmakerlaw.com

**ATTORNEY-IN-CHARGE FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

On September 25, 2026, I served the foregoing document via the Court's CM/ECF system in accordance with the Federal Rules of Civil Procedure.

/s/ Douglas B. Welmaker
Douglas B. Welmaker