**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

| | | |
|---|---|---|
| **Natalia Ruiz** | § | **CIVIL ACTION NO. 6:26-cv-62** |
| | § | |
| **v.** | § | |
| | § | |
| **Convergint Technologies, LLC** | § | |

**PLAINTIFF'S DISCLOSURE OF INTERESTED PARTIES**

Pursuant to the Court's order (Doc. 3), Plaintiff NATALIA RUIZ advises the Court that the following persons, associations, firms, partnerships, corporations, affiliates, parent corporations, or other entities are financially interested in the outcome of this litigation:

1. Natalia Ruiz
2. Marek, Griffin & Knaupp
5. David C. Griffin
6. Robert E. McKnight, Jr.
7. Welmaker Law, PLLC
8. Douglas B. Welmaker
9. Convergint Technologies, LLC

Respectfully submitted,

WELMAKER LAW, PLLC
505 E. Magrill
Longview, Texas 75601
(512) 799-2048 [Telephone]

Douglas B. Welmaker
Texas Bar No. 00788641
S.D. Texas Bar No. 17038
doug@welmakerlaw.com
Attorney-in-Charge

MAREK, GRIFFIN & KNAUPP
101 S. Main Street, Suite 508
Victoria, Texas 77902
(361) 573-5500 [Telephone]
(361) 573-5040 [Telecopier]

By: */s/ Robert E. McKnight, Jr.*
ROBERT E. McKNIGHT, JR
Texas Bar No. 24051839
S.D. Texas Bar No. 381007
mcknightr@lawmgk.com

DAVID C. GRIFFIN
State Bar No. 08456950
dcg@lawmgk.com

ATTORNEYS FOR PLAINTIFF

## Certificate of Service

I certify that the foregoing was served this 13th day of October, 2026, on Convergint Technologies, LLC, by U.S. Mail first class on its registered agent for service of process:

Corporation Service Company
d/b/a CSC-Lawyers, Inc.
211 East 7th Street
Suite 620
Austin, TX 78701

/s/ *Robert E. McKnight, Jr.*
ROBERT E. McKNIGHT, JR