**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

| | | |
|---|---|---|
| **NATALIA RUIZ, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,** | § | |
| **Plaintiff,** | § | **Case No. 6:26-cv-00062** |
| **v.** | § | |
| **CONVERGINT TECHNOLOGIES, LLC** | § | |
| **Defendant.** | § | |

**PLAINTIFF'S NOTICE OF FILING CONSENT TO JOIN COLLECTIVE ACTION**

Plaintiff Natalia Ruiz files her written consent to join this collective action under 29 U.S.C. §§ 216(b) and 256. Her signed consent, dated August 19, 2026, is attached as Exhibit A.

Respectfully Submitted,

WELMAKER LAW, PLLC
505 E. Magrill
Longview, Texas 75601
Tel: (512) 799-2048

By: *<u>/s/ Douglas B. Welmaker</u>*
Douglas B. Welmaker
Texas State Bar No. 00788641
S.D. Tex. Bar No. 17038
doug@welmakerlaw.com
Attorney-in-Charge

**ATTORNEY FOR PLAINTIFF**

MAREK, GRIFFIN & KNAUPP
101 S. Main Street, Suite 508
Victoria, Texas 77901
Tel: (361) 573-5500
Fax: (361) 573-5040

*/s/ Robert E. McKnight, Jr.*
Robert E. McKnight, Jr.
Texas State Bar No. 24051839
S.D. Tex. Bar No. 381007
mcknightr@lawmgk.com

OF COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

On October 17, 2026, I served the foregoing document on all counsel of record via the Court's CM/ECF system and/or via email and certified U.S. Mail in accordance with the Federal Rules of Civil Procedure.

*/s/ Douglas B. Welmaker*
Douglas B. Welmaker