**NOTICE OF CONSENT**

I, the undersigned, a current or former employee of the defendant(s) named herein, hereby consent to participate as a party plaintiff in a collective action lawsuit under the Fair Labor Standards Act ("FLSA") seeking any and all unpaid minimum wages and/or unpaid overtime wages and all other damages and amounts that I may be owed under the FLSA. By joining this collective action, I agree to be a class representative. I choose to be represented by Welmaker Law, PLLC, Marek, Griffin & Knaupp, and any other attorneys with whom they may associate in this lawsuit. I agree to be bound by the outcome of this proceeding. I have consented to act as a party plaintiff in this collective action.

Natalia Ruiz

Full Name (Print): Natalia Ruiz

Natalia Ruiz

Signature

8/19/26

Date