**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

| | | |
|---|---|---|
| **NATALIA RUIZ, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,** | § | |
| **Plaintiff,** | § | |
| **v.** | § | **Civil Action No. 6:26-cv-62** |
| **CONVERGINT TECHNOLOGIES, LLC,** | § | |
| **Defendant.** | § | |

**DEFENDANT CONVERGINT TECHNOLOGIES, LLC'S CERTIFICATE OF INTERESTED PARTIES AND DISCLOSURE STATEMENT**

Pursuant to the Court's Order for Conference and Disclosure of Interested Parties (Dkt. 4), Defendant Convergint Technologies, LLC ("Convergint") identifies the following persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities which are financially interested in the outcome of this litigation:

1. Plaintiff Natalia Ruiz;
2. Defendant Convergint Technologies, LLC;
3. Marek, Griffin & Knaupp (Plaintiff's Counsel);
4. David C. Griffin (Plaintiff's Counsel);
5. Robert E. McKnight, Jr. (Plaintiff's Counsel);
6. Welmaker Law, PLLC (Plaintiff's Counsel); and
7. Douglas B. Welmaker (Plaintiff's Counsel).

Convergint is a privately held limited liability company, and no publicly traded entity owns 10% or more of its membership interests.

Should other parties be added to this action or additional persons or entities be discovered who are or become financially interested in its outcome, Convergint will supplement with an amended certificate of interested parties.

Dated: October 29, 2026.

Respectfully submitted,

ASHURST PERKINS COIE US LLP

/s/ *Derek A. McKee*

**Derek A. McKee**
Texas Bar No. 24108765
S.D. Tex. Bar No. 3564282
1301 Second Ave., Suite 4200
Seattle, WA 98101
Derek.McKee@ashurstperkins.com
Telephone: (206) 359-6265

**Tiffani A. Skroch**
Texas Bar No. 24143413
S.D. Tex. Bar No. 3905526
110 North Wacker Dr., Suite 3400
Chicago, IL 60606
Tiffani.Skroch@ashurstperkins.com
Telephone: (312) 263-3099

**Matthew Goldberg***
(**pro hac vice forthcoming*)
505 Howard St., Suite 1000
San Francisco, CA 94105
Matthew.Goldberg@ashurstperkins.com
Telephone: (415) 344-7180

**CERTIFICATE OF SERVICE**

The undersigned certifies that on October 29, 2026, a true and correct copy of the foregoing document was caused to be served on all parties and counsel of record via the Court's CM/ECF system.

*/s/ Derek A. McKee*
Derek A. McKee