**Natalia Ruiz - 100008340 - Convergint Technologies LLC**

# Mutual Arbitration Program Agreement

| | |
|---|---|
| Document | Mutual Arbitration Program Agreement |
| Category | Other |
| Message | Aligned with our Values and Beliefs, the **Mutual Arbitration Program** promotes a positive work environment by providing all colleagues with a speedy, neutral and confidential process for resolving issues.<br>In order to read and review, you must first download the documents by clicking on the hyperlink above. Please click “accept” after you have downloaded. |

| **Status** | Status Date | Comments |
|---|---|---|
| Accepted | 01/15/2025 1:15 PM | |