**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

| | | |
|---|---|---|
| **NATALIA RUIZ, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,** | § § § § | |
| **Plaintiff,** | § | **Case No. 6:26-cv-00062** |
| **v.** | § § § | |
| **CONVERGINT TECHNOLOGIES, LLC** | § § § | |
| **Defendant.** | § § | |

**ORDER STAYING CASE PENDING ARBITRATION**

Before the Court is Plaintiff Natalia Ruiz's Unopposed Motion to Stay Proceedings Pending Arbitration. Having considered the Motion and the applicable law, the Court finds that the Motion should be GRANTED.

Plaintiff has agreed to arbitrate her claims against Defendant Convergint Technologies, LLC in accordance with the Mutual Arbitration Program Agreement between Plaintiff and Defendant.

Accordingly, it is ORDERED that Plaintiff's Motion to Stay is GRANTED. Under 9 U.S.C. § 3, this action is STAYED in its entirety pending completion of that arbitration. The stay applies to all pending deadlines, including Defendant's deadline to answer, the parties' initial disclosures under Federal Rule of Civil Procedure 26(a)(1), the parties' joint report under Federal Rule of Civil Procedure 26(f), and the initial pretrial and scheduling conference set for December 8, 2026. The Court retains jurisdiction over the stayed claims.

It is further ORDERED that the parties shall file a joint status report within fourteen days after the arbitrator issues a final award or the arbitration otherwise ends.

IT IS SO ORDERED.

SIGNED this ____ day of ______________, 20____.

___________________________________
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE